UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO LEMUS, an individual; and STEPHANY MICHELLE LEMUS, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, a governmental entity; UNITED STATES POSTAL SERVICE, a governmental entity; TERESA ANGELINE HUNT, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | No. 5:24-cv-01670-KK-SP<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

IT IS ORDERED that, pursuant to the separately filed Stipulation for Dismissal, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

DATED: July 7, 2025

_____
HONORABLE KENLY KIYA KATO
United States District Judge